IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THREE S DELAWARE, INC.        *
                v.        *   Civil No. JFM-09-51

AMERICAN ARBITRATION        *
ASSOCIATION, ET AL.
                    *****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 6th day of January 2010

ORDERED

1. This court retains jurisdiction, rather than remanding to the Circuit Court for Baltimore City, Maryland, plaintiffs' defamation claim against James Gray; and

2. The defamation claim is dismissed.

    /s/
J. Frederick Motz
United States District Judge